[No. 11498-8-III.   Division Three.   January 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
LAWRENCE ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 90-1-01724-4, Stephen M. Brown, J., entered

March 1, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.